**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **TERRY ELIZABETH SCHMIDT, Individual Taxpayer (Non-Attorney);**<br><br>**Plaintiff,**<br><br>     vs.<br><br>**SCOTT BESSENT, Internal Revenue Service Commissioner; US Treasury Secretary; FRANK BISIGNANO, Internal Revenue Service Chief Executive Officer; PAMELA JO BONDI, Attorney General of the United States; and LESLEY A. WOODS, US Attorney, The District of Nebraska;**<br><br>**Defendants.** | **4:25CV3225**<br><br><br>**ORDER TO SHOW CAUSE** |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court–on motion or on its own after notice to the plaintiff–must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint on November 3, 2025. (Filing No. 1).  Plaintiff named five individual defendants in her Complaint, all of whom are officers of the United States government. Rule 4(i) of the Federal Rules of Civil Procedure provides what a plaintiff must do to serve the United States and its Agencies, Corporations, Officers, or Employees:

(1) United States. To serve the United States, a party must:
>    (A)(i) deliver a copy of the summons and of the complaint to the United States attorney for the district where the action is brought--or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk--or
>    (ii) send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office;
> (B) send a copy of each by registered or certified mail to the Attorney General of the United States at Washington, D.C.; and
> (C) if the action challenges an order of a nonparty agency or officer of the United States, send a copy of each by registered or certified mail to the agency or officer.

(2) Agency; Corporation; Officer or Employee Sued in an Official Capacity. To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party must serve the United States and also send a copy of the summons and of the complaint by registered or certified mail to the agency, corporation, officer, or employee.

(3) Officer or Employee Sued Individually. To serve a United States officer or employee sued in an individual capacity for an act or omission occurring in connection with duties performed on the United States' behalf (whether or not the officer or employee is also sued in an official capacity), a party must serve the United States and also serve the officer or employee under Rule 4(e), (f), or (g).

Fed. R. Civ. P. 4(i).

On January 29, 2026, Plaintiff filed a certified mail receipt purporting to show Lesley Woods, the U.S. Attorney for Nebraska, was served through an agent on January 26, 2026. (Filing No. 5).  However, more than 90 days has elapsed since the Complaint was filed, and to date, Plaintiff has not filed returns of service indicating proper service of process upon all the defendants as outlined in Rule 4(i).  Plaintiff has also not filed any valid waiver of service, the defendants have not entered a voluntary appearance, and Plaintiff has not requested an extension of time to complete service.  A pro se plaintiff who is not proceeding *in forma pauperis* is responsible for having the summons and complaint served on all defendants. See Fed. R. Civ. P. 4(c); *DiCesare v. Stuart*, 12 F.3d 973, 980 (10th Cir. 1993) ("A pro se litigant is still obligated to follow the requirements of Fed. R. Civ. P. 4."); *Davis v. D.C. Dep't of Corr.*, 1:25-cv-1895-JMC, 2025 WL 1743940, at *2 n.1 (D.D.C. June 24, 2025).  Therefore, the Court will order Plaintiff to show cause why this case should not be dismissed for lack of service and want of prosecution.  Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **March 20, 2026,** to show cause as to why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or for want of prosecution.  The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 20th day of February, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

2